IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD FOULK, :
:
      Plaintiff :
:
    v. : CIVIL NO. 4:CV-16-43
:
PENNSYLVANIA BOARD OF, : (Judge Brann)
PROBATION AND PAROLE, ET AL., :
:
      Defendants :

## ORDER

January 25, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1. Plaintiff's in forma pauperis motion is construed as a motion to proceed without full prepayment of fees and costs and the motion is **GRANTED**.[1]

    2. Foulk's action is **DISMISSED WITHOUT**

---

[1] The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

1

**PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge